**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| ANITA S. LIMA, individually and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 1:18-cv-12591-ADB |
| TRADER JOE'S COMPANY, | | |
| Defendant. | | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

The parties to the above-entitled action, by their respective undersigned attorneys, hereby

STIPULATE AND AGREE that the action, and all claims that were or could have been asserted

in the action, may be dismissed with prejudice and on the merits, but without costs or fees to

either party.

Dated: October 16, 2020

/s/ Kenneth D. Quat

**Kenneth D. Quat**
Quat Law Offices
929 Worcester Road
Framingham, MA 01701
508-872-1261
Email: kquat@quatlaw.com

**Carlos F. Ramirez**
**Michael R. Reese**
Reese LLP
7 Skyline Drive, Suite 350
Hawthorne, NY 10532
914-860-4994
212-643-0500

/s/ Tyler A. Young

**Sarah L. Brew** (admitted *pro hac vice*)
**Aaron D. Van Oort** (admitted *pro hac vice*)
Christine R. Kain (admitted *pro hac vice*)
**Tyler A. Young** (admitted *pro hac vice*)
**Emily R. Zambrana** (admitted *pro hac vice*)
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN
55402-3901
612-766-7000
Email:
sarah.brew@faegerdrinker.com
aaron.vanoort@faegredrinker.com

Email: cramirez@reesellp.com
Email: mreese@reesellp.com

*Counsel for Plaintiff Anita S. Lima*

christine.kain@faegredrinker.com
tyler.young@faegredrinker.com
emily.zambrana@faegredrinker.com

**Kara Thorvaldsen**
Wilson Elser
260 Franklin Street
14th Floor
Boston, MA 02110
617-422-5300
Email: kara.thorvaldsen@wilsonelser.com

*Counsel for Defendant Trader Joe's Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020 the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/     Tyler A. Young